IN THE SUPREME COURT OF THE STATE OF DELAWARE

CARLOS FERRER-VASQUEZ, §
§
Defendant Below, § No. 109, 2026
Appellant, §
§ Court Below—Superior Court
v. § of the State of Delaware
§
STATE OF DELAWARE, § Cr. ID No. 1904016280 (N)
§
Appellee. §

Submitted: April 22, 2026
Decided: June 8, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## ORDER

After careful consideration of the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's order, dated February 10, 2026, denying the appellant's motion for correction of illegal sentence.

NOW, THEREFORE, IT IS ORDERED that motion to affirm is GRANTED and the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice